Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Barry W. Rosen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BARRY W. ROSEN,<br><br>   Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES, LLC,<br>AMAZON TECHNOLOGIES, INC. and<br>AMAZON.COM.CA, INC.,<br><br>   Defendants. | CASE NO.: 2:24-cv-00771-JLS-SK<br><br>**DECLARATION OF JOEL B. ROTHMAN IN SUPPORT OF APPLICATION FOR SRIPLAW TO WITHDRAW AS COUNSEL FOR PLAINTIFF BARRY W. ROSEN** |

I, Joel B. Rothman, declare and say:

1. I am an attorney duly licensed to practice in Florida, New York, Georgia, Washington State, and the U.S. Supreme Court. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. I am the Managing Partner of SRIPLAW ("SRIP").

3. Irreconcilable differences that preclude SRIP and its attorneys from continuing to represent Mr. Rosen in this matter have arisen.

4. There has been a breakdown in the attorney-client relationship between Mr. Rosen and SRIP.

5. The relationship between Mr. Rosen and SRIP and its attorneys has broken down making it impossible for SRIP and its attorneys to continue to represent Mr. Rosen in this action.

6. There has been a breakdown in trust, confidence, and communication between attorneys and client.

7. Discovery cutoff is April 24, 2026, and SRIP and its attorneys cannot effectively represent Mr. Rosen due to an insurmountable dispute that has arisen between counsel and Mr. Rosen.

8. The motion is not made due to a failure to pay.

9. The engagement agreement with Mr. Rosen permits SRIP and its attorneys to withdraw under these circumstances.

10. Our firm has expended vast amounts of resources representing Mr. Rosen in this case. I have personally flown from Boca Raton, Florida to Los Angeles, California to meet Mr. Rosen in person to discuss and resolve the issues involving trust, confidence and communications. This meeting was ultimately unsuccessful.

11. Given the differences in opinions between Mr. Rosen and our firm. We no longer can adequately represent him. We informed Mr. Rosen of our intent to withdraw on January 14, 2026, and again on January 15, 2026. Mr. Rosen has not indicated that he opposes the motion to withdraw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2025

2

DECLARATION OF JOEL B. ROTHMAN                                   CASE NO.: 2:24-CV-00771-JLS-SK

1  */s/ Joel B. Rothman*
   JOEL B. ROTHMAN